IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| LOWE'S COMPANIES, INC., | ) | |
| Plaintiff | ) ) ) | |
| V | ) ) | 5:07 CV 104 |
| VARNELL, STRUCK AND ASSOCIATES, INC., DAVID STRUCK, and JOHN VARNELL, | ) ) ) ) ) | |
| Defendants | ) | |

## **ORDER**

**THIS MATTER** is before the court upon the defendants' motion for admission *pro hac vice* (#17) of Charles E. Dorr of the law firm of Charles E. Dorr, P.C., 1122 Bissonnet Street, Houston, Texas 77005, (713) 443-7030, to appear as counsel for the defendants in this matter filed on November 1, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendants' motion is **ALLOWED**, and that Charles E. Dorr is hereby granted special admission to the bar of this court, with payment of the admission fees having been paid to the Clerk of this court.

Signed: November 7, 2007

_____
Dennis L. Howell
United States Magistrate Judge