IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:07cv104

| | |
|---|---|
| LOWE'S COMPANIES, INC., )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>VARNELL, STRUCK AND )<br>ASSOCIATES, INC.; DAVID STRUCK; )<br>and JOHN VARNELL, )<br>)<br>Defendants. )<br>_____ ) | ORDER |

**THIS MATTER** is before the court on plaintiff's Motion to Seal. Having considered plaintiff's motion and reviewed the pleadings, and the court having considered the factors provided by Local Civil Rule 6.1(c), and finding that certain documents produced by defendants were subject to a confidentiality agreement and that such may well contain confidential business or trade secrets, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to Seal (#33) is **GRANTED,** and plaintiff is allowed to file select exhibits, that were produced to it by defendant, under seal.

Signed: March 13, 2008

*Dennis L. Howell* (signature)

Dennis L. Howell
United States Magistrate Judge